PUBLISH

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 5, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-14956

_____

D. C. Docket No. 07-00295-CV-MEF-WC

DANIEL LEE SIEBERT,

Plaintiff-Appellant,

versus

RICHARD ALLEN, Commissioner,
Alabama Department of Corrections,
individually and in his official capacity,
GRANTT CULLIVER, Warden, Holman
Correctional Facility, in his
individual and official capacity,

Defendants-Appellees.

_____

On Appeal from the United States District Court
for the Middle District of Alabama

_____

(November 5, 2007)

**ON PETITION FOR REHEARING EN BANC**

Before TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, BARKETT, HULL,

MARCUS, and WILSON, Circuit Judges.[*]

BY THE COURT:

The order granting en banc rehearing in this appeal, ___ F.3d ___, 2007 WL 3104941, dated 25 October 2007 is **VACATED**, and the case is **REMANDED** to the panel for consideration of the issues raised by State of Alabama in its Petition for Rehearing En Banc.

2

---

[*]Chief Judge Edmondson has not participated in this order. Judges Ed Carnes and William H. Pryor Jr. have recused themselves and have not participated.